IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-379-D

CHARLES W. MITCHELL,
and ROBERT H. MITCHELL,

           Plaintiffs,

v.                                   **ORDER**

GRAINCOMM, II, LLC, et al.,

           Defendants.

The court has reviewed plaintiffs' complaint and defendant Graincomm II, LLC's motion to dismiss under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 677–78 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555–63, 570 (2007); Coleman v. Md. Court of Appeals, 626 F.3d 187, 190 (4th Cir. 2010), aff'd, 566 U.S. 30 (2012); Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc., 591 F.3d 250, 255 (4th Cir. 2009); Giarratano v. Johnson, 521 F.3d 298, 302 (4th Cir. 2008). The court DENIES defendant's motion to dismiss [D.E. 28]. Whether plaintiffs will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This _8_ day of December, 2021.

                                                    JAMES C. DEVER III
                                                    United States District Judge