IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-00379-D

| | |
|---|---|
| Charles W. Mitchell, Robert H. Mitchell, Linda A. Mitchell, and Lisa F. Mitchell, <br><br> Plaintiffs, <br><br> v. <br><br> Graincomm, II, LLC; Global Signal Acquisitions LLC; Sprintcom, Inc.; Cellco Partnership d/b/a/ Verizon Wireless, <br><br> Defendants. | **ORDER GRANTING CONSENT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to the consent of all parties to this action, IT IS HEREBY ORDERED that the Scheduling Order entered in this matter (D.E. 40) and later modified (D.E. 60 and D.E. 80) as follows:

1. All potentially dispositive motions shall be filed by March 10, 2023.

Except as modified herein, the Scheduling Order remains in effect.

**SO ORDERED,**

This the __9__ day of January, 2023.

_____
James C. Dever III
United States District Judge