IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:21-CV-00379-D

| | |
|---|---|
| CHARLES W. MITCHELL and <br> ROBERT H. MITCHELL, <br> LISA F. MITCHELL, and <br> LINDA A. MITCHELL, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> GRAINCOMM II, LLC; GLOBAL <br> SIGNAL ACQUISITIONS LLC; <br> SPRINTCOM, INC.; CELLCO <br> PARTNERSHIP d/b/a VERIZON <br> WIRELESS, <br><br> Defendants, <br><br> and <br><br> GRAINCOMM II, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION OF DISMISSAL <br> WITH PREJUDICE** |

COMES NOW, Plaintiffs/Counterclaim-Defendants Charles W. Mitchell, Robert H. Mitchell, Lisa F. Mitchell, and Linda A. Mitchell (collectively referred to as the "Mitchells"), by and through their attorney of record and with the permission and consent of Defendant/Counterclaim-Plaintiff GrainComm II, LLC ("GrainComm") through their counsel, hereby voluntarily dismiss all claims asserted against Defendant/Counterclaim-Plaintiff GrainComm II, LLC pursuant to F.R.C.P. Rule 41(a) with prejudice.

GrainComm, by and through its attorney of record and with permission and consent of the Mitchells' counsel, hereby voluntarily dismisses all counterclaims asserted against the Mitchells pursuant to F.R.C.P. Rule 41(a) with prejudice.

1

This the 10th day of March, 2023.

By: /s/ *James A. Barnes* (with permission)
James A. Barnes, IV (NC State Bar #33356)
Ryan D. Oxendine (NC State Bar #27595)
Oxendine Barnes & Associates, PLLC
6500 Creedmoor Road, Suite 100
Raleigh, North Carolina 27613
Telephone: (919) 848-4333
Facsimile (919) 848-4707
Email: jim@oxendinebarnes.com
Email: ryan@oxendinebarnes.com

*Counsel for Plaintiffs/Counterclaim-Defendants Charles W. Mitchell, Robert H. Mitchell, Lisa F. Mitchell, and Linda A. Mitchell*

By: /s/ *Camden R. Webb*
Camden R. Webb (NC State Bar #22374)
Williams Mullen
301 Fayetteville Street, Suite 1700
P.O. Box 1000 (27602)
Raleigh, North Carolina 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
Email: crwebb@williamsmullen.com

Gregory A. Crapanzano II (VA Bar #93044)
Williams Mullen
P.O. Box 1320
Richmond, Virginia 23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email: gcrapanzano@williamsmullen.com

*Counsel for Defendant/Counterclaim-Plaintiff GrainComm II, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**WILLIAMS MULLEN**

By: /s/ Camden R. Webb
Camden R. Webb
N.C. State Bar No. 22374
301 Fayetteville Street, Suite 1700
P.O. Box 1000 (27602)
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
crwebb@williamsmullen.com

*Counsel for Defendant/Counterclaim-Plaintiff GrainComm II, LLC*