IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-379-D

| | | |
|---|---|---|
| CHARLES W. MITCHELL, and ROBERT H. MITCHELL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| GRAINCOMM II, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

The parties advised the court that they have settled this case and will file a stipulation of dismissal.

There appears to be no further reason at this time to maintain the action as an open one for statistical purposes, and this action is removed from the active docket pending filing of a stipulation of dismissal. Nothing contained in this order shall be considered a dismissal or disposition of this action. Upon the request of the parties, this case may be re-opened.

SO ORDERED. This _5_ day of September, 2024.

JAMES C. DEVER III
United States District Judge