IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-00379-D

| | |
|---|---|
| Charles W. Mitchell, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Graincomm, II, LLC; Global Signal Acquisitions LLC; Sprintcom, Inc.; Cellco Partnership, d/b/a/ Verizon Wireless;<br><br>    Defendants. | **DEFENDANT GLOBAL SIGNAL ACQUISITIONS LLC'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Defendant Global Signal Acquisitions LLC ("GSA"), by and through counsel, and pursuant to this Court's inherent power to summarily enforce settlement agreements made between the parties to this litigation, hereby moves the Court for an order enforcing the settlement agreement entered into by the remaining parties in this litigation: Plaintiff Charles W. Mitchell, Plaintiff Robert H. Mitchell, GSA, and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") (collectively, the "Parties").

The Parties negotiated and executed a binding Memorandum of Understanding ("MOU" or "Settlement Agreement") that, *inter alia*, resolves all pending claims; contains a global, broad-form release of all relevant claims; and requires dismissal of this action, the filing of an amended Utility Easement reflecting GSA's expanded easement rights, the filing of a withdrawal of the 2008 Affidavit referenced in the Amended Complaint, and payment to Plaintiffs Charles Mitchell and Robert Mitchell. Indeed, the MOU expressly states that the Parties "agreed to settle all claims" in this action (D.E. 93-1 at 1), and the Report of Mediator filed by former U.S. Magistrate Judge Carl Horn, III likewise confirms that "all claims were settled." (D.E. 88.)

GSA is filing this Motion because, rather than abide by the terms of the Parties' binding Settlement Agreement, Charles Mitchell has filed a "Motion for Reconsideration" seeking to evade the terms of the agreement, which he admittedly signed and negotiated. (D.E. 93.) Charles Mitchell has also attempted to challenge the MOU through a belatedly-filed memorandum. (D.E. 99.) Court intervention is therefore required to enforce the terms of the Settlement Agreement. In support of this Motion, GSA relies upon the pleadings in this matter, as well as the accompanying Memorandum in Support of its Motion to Enforce Settlement Agreement and exhibits thereto, which are submitted contemporaneously with this Motion and incorporated by reference.

Other than Charles Mitchell, all other Parties agree that this matter has been resolved and settled through the MOU. Plaintiff Robert H. Mitchell and Defendant Verizon have expressly consented to the relief sought in this Motion.

WHEREFORE, GSA respectfully requests that the Court grant this Motion to Enforce Settlement Agreement, deny Plaintiff Charles Mitchell's Motion for Reconsideration of the Settlement (D.E. 93), order that the Utility Easement submitted by GSA with this Motion may be filed in the public records (consistent with the Settlement Agreement's terms), and dismiss this action in its entirety with prejudice.

This is the 5th day of May, 2025.

[Signature on the following page]

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ *Brian F. Castro*
Brian F. Castro
N.C. State Bar No. 53412
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8135
Facsimile: (919) 755-6163
Email: Brian.Castro@wbd-us.com

James S. Derrick
N.C. State Bar No. 39632
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, NC 28202
Tel: (704) 331-4900
Fax: (704) 331-7819
Email: James.Derrick@wbd-us.com

*Attorneys for Defendant Global Signal Acquisitions LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2025, the foregoing **DEFENDANT GLOBAL SIGNAL ACQUISITIONS LLC'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and serve counsel for all parties who have entered an appearance in this Court. In addition, the foregoing was served by United States mail to:

| | |
|---|---|
| Ryan D. Oxendine (NCSB No. 27595)<br>6500 Creedmoor Rd., Suite 100<br>Raleigh, NC 27613<br>(919) 848-4333 Telephone<br>(919) 848-4707 Facsimile<br>Email: ryan@oxendinebarnes.com<br><br>*Attorneys for Plaintiff Robert H. Mitchell* | Erik J. Tomberg (NC Bar # 56867)<br>150 Fayetteville St., Suite 300<br>Raleigh, NC 27601<br>Telephone: (919) 274-5664<br>Fax: (984) 268-2120<br>erik.tomberg@wilsonelser.com<br><br>*Attorney for Cellco Partnership d/b/a Verizon Wireless* |

Chad E. Axford
Attorney for Plaintiffs
5171 Glenwood Ave., Ste. 206
Raleigh, NC 27612
Telephone: (919) 322-0815
N.C. Bar# 26059
chad@axfordlaw.com

*Attorney for Plaintiff Charles Mitchell*

By: /s/ *Brian F. Castro*

*Attorney for Defendant Global Signal Acquisitions LLC*