IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CV-379-D

| | | |
|---|---|---|
| CHARLES W. MITCHELL, ROBERT H. MITCHELL, et. al, | ) ) ) | |
| Plaintiffs, | ) | WORD COUNT |
| v. | ) | CERTIFICATION |
| | ) | |
| GLOBAL SIGNAL ACQUISITIONS LLC, et. al. | ) ) | |
| Defendants. | ) | |

The undersigned, Chad Axford, an attorney admitted to practice in this district, hereby certifies that in the Reply filed on May 19, 2025 (D.E. 107), exclusive of the signature block and caption, the total word count as calculated automatically with Microsoft Word is 1397.

Respectfully submitted, this the 20th day of May, 2025.

/s/ *Chad Axford*
Chad Axford N.C. State Bar # 26059
5171 Glenwood Avenue, Suite 206
Raleigh, NC 27612
(p) (919) 322-0815
(f) (919) 714-9935
chad@axfordlaw.com